EDITH L. SASSE, Respondent, *v.* TRAVELERS INSURANCE COMPANY, Appellant.

*Sasse* v. *Travelers Ins. Co.*, 179 App. Div. 927, affirmed.

(Argued March 18, 1919; decided May 20, 1919.)   ·   .  ·

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,

entered July 30, 1917, affirming a judgment in favor of plaintiff entered upon a verdict in an action upon a policy of accident insurance against bodily injuries effected directly and independently of all other causes through external, violent and accidental means. The plaintiff's intestate on August 10, 1912, while walking down a flight of steps at the Grand Central Station, New York city, fell and injured himself. With the aid of a porter he walked up the steps and was taken in a wheel-chair to the Emergency Hospital in the Grand Central Station. After remaining there some time he went to his home and got to bed. He never got out of bed, but eleven days afterward died suddenly. The evidence on the part of the plaintiff shows that up to the time of his injury he was a man in good health. It was claimed by the defendant that his death resulted from disease.

*William J. Moran* for appellant.

*Frederick Hulse* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, McLAUGHLIN and CRANE, JJ.